**Order entered March 18, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01513-CV

**BILLIE JEANETT GRAY, Appellant**

**V.**

**DARVIN GRAY, Appellee**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-15-1842**

## ORDER

Before the Court is Court Reporter Cindy Bardwell's March 13, 2020 request for an extension of time to file the reporter's record in this case. Ms. Bardwell's request is **GRANTED**. The reporter's record shall be filed by April 16, 2020.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE